IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:06cv372

| | |
|---|---|
| **RANDY LYNN ATKINS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| **MARVIN POLK, Warden,** | ) |
| **Central Prison** | ) |
| **Raleigh, North Carolina,** | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner's Amended Petition for Writ of Habeas Corpus is **DENIED**; Respondent's Motion for Summary Judgment is **GRANTED**; and Petitioner's Motion for Summary Judgment is **DENIED**. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: August 16, 2011

Martin Reidinger
United States District Judge